| DIST. | OFF. | | MO | D | YEAR | J | N/S | | D PTF | D DEF | H 23 | $ DEMAND | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 867 | 8 | 85 | 0493 | 05 | 07 | 85 | 3 | 850 | 1 | | | 10,000 | 6710 M 408 | 31109 | P | 85 0-493 |

Nebraska 3530

**PLAINTIFFS**

(1) HELGET, Mr. & Mrs. Eugene
(2) ANDING, Beverly J.
(3) BEISTER, Joseph L.
(4) BROWN, Thomas C.
(5) GALUSHA, Mr. & Mrs. Ronald
(6) GRIMES, J. Timmy
(7) JOHNSON, Mr. & Mrs. L. Clayton
(8) JUON, Mr. & Mrs. Robert
(9) LANGE, Kenneth O.
(10) LEE, Mr. & Mrs. Ben David
(11) McCARDLE, Robert
(12) NASH, Russell L.
(13) POWER, Al
(14) ~~PRELLE, Mr. & Mrs. Larry~~ 7/24/89
(15) SIMPSON, Daniel J.
(16) SORENSEN, Soren P.
(17) WOLVERTON, Mr. & Mrs. Ralph, Sr.
(18) RADIK, Emil J., Jr.
(19) THOMAS, Robert L. & Barbara

JUDGE CAMBRIDGE

**DEFENDANTS** 2-8-87

(1) ROSENBAUM, WISE, LERMAN, KATZ & WEISS LAW FIRM
(2) ROSENBAUM, Arthur R.
(3) WISE, Aaron N.
(4) LERMAN, Marvin S.
(5) KATZ, Elliot L.
(6) LEWIS, Jeffrey S.
(7) ~~MASUR, Allan A.~~ 6/28/87
(8) WEISS, Stephen A.
(9) FORNEY, Craig
(10) FORNEY, Kathleen
(11) TOPOLSKI, Nancy
(12) ~~PETRY, Jeffrey C.~~ 8-19-88
(13) BASILI, Raymond
(14) SCHROEDER, Bradley
(15) GEWECKE, Alan
(16) PEARSON, Stanley
(17) MUSIC LEASING COMPANY, a Division of IFG Leasing Corporation

**CLOSED**

Ds, Cont'd.

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Related to: CV 85-0-492
CV 85-0-779-785 & consolidated re: Pldgs., Mots. & disc.
15 USC 78aa Security Fraud

**ATTORNEYS**

(1) Christian R. Blunk
    James E. Bachman
    ~~8800 West Dodge Road~~
    Omaha, NE ~~68114~~ 68124
    ~~XXX-XXXX~~ 392-1020
    ~~393-3013~~
    2580 S. 90th St.

(1-19) Jerome J. Ortman
(Ps) Suite 201, Westmark Plaza
     10707 Pacific Street
     Omaha, NE 68114
     393-3013

STATE OF NEBR. DEPT. OF BANKING AND FINANCE
BUREAU OF SECURITIES, Amicus Curiae
Robert M. Spire, Attorney General
LeRoy W. Sievers, Asst.
2115 State Capitol Building
Lincoln, Nebraska 68509
(471-2682)
  and
Nebr. Dept. of Banking & Finance
James C. Barbee, Director
Robert S. Woodruff, Legal Counsel
301 Centennial Mall South
Lincoln, Nebraska 68509-5006
(371-3445)

(22) Daniel E. Klaus
     1201 Lincoln Mall, Ste. 102
     Lincoln, NE 68508-
     402-475-5100

(1-7) P. Shawn McCann
+8    Sodoro, Daly
      200 Century Prof. Plz.
      7000 Spring St.
      Omaha, NE 68106  397-6200

      Marvin G. Pickholz 3-31-87 5-20-87
      2000 Pennsylvania Ave, NW
      Washington, DC 20006  202/463-7887

(14) ~~W. Russell Bowie~~ 7-31-85
     ~~Ashford & Bowie~~
     ~~504 S. 13th St.~~
     ~~Omaha, NE 68102   345-5831~~

(21) Kelly S. Breen
     Venteicher, Laughlin
     11306 Davenport St.
     Omaha, NE 68154   330-1900

(9,10,20) George Rebensdorf
          10801 Pacific
          Suite 1
          Omaha, NE 68154
          393-4233

(22) Peter C. Wegman    4/15/97
     1201 Lincoln Mall, Ste. 102
     Lincoln, NE 68508
     402-475-5100

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | May, 1985 |
| | | | | JS-6 | Aug. 1989 |

UNITED STATES DISTRICT COURT DOCKET                         DC-111 (Rev 9/81)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-493 |
|---|---|---|
| Mr. & Mrs. Eugene Helget, etal. | Rosenbaum, Wise, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | ADDITIONAL DEFENDANTS |
| | (18) | IFC LEASING CORPORATION |
| | (19) | ~~SPINNING GOLD CORPORATION~~ 8-19-88 |
| | (20) | THE FINANCIAL PLANNING CORPORATION OF AMERICA |
| | (21) | CARDELL & ASSOCIATES, INCORPORATED |
| | (22) | ~~FINANCIAL PLANNERS EQUITY CORPORATION~~ 4/13/87 |
| | (23) | DOE, John |
| | (24) | DOES, John |
| | (25) | Barbara E. Productions, Inc. |
| | (26) | Barbara E. Goldman |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | CV 85-O-493  Mr. & Mrs. Eugene Helget, et al. vs. Rosenbaum, Wise, et al. |
| **1985** | | |
| May 7 | 1. | Complaint w/req. for jury trial in Omaha & attachment. |
| May 8 | 2. | Praecipe to w/hold issuance of Summons on certain individuals. Issued Summons - handed to P's counsel. |
| Jun 27 | 3. | Summons w/retn. (4). Issued Alias Summons (Schroeder)-handed to P's counsel. |
| Jul 17 | 4. | D, Financial Planners Equity Corp/'s Mot. to Dismiss for Failure to Plead w/ particularity. |
| Jul 18 | 5. | Df Bradley Schroeder's Request For Extension of Time to answer. |
| | 6. | Clerk's Order that Df Bradley Schroeder granted extension of time to 8/19/85 to answer the complaint. Copies mailed to counsel. |
| Jul 26 | 7. | Appearance of Counsel for Ds, Rosenbaum, etal. |
| | 8. | Ds, Rosenbaum, etal's Mot. to Consolidate & Mot. for Ext. of time to answer. |
| Jul 31 | 9. | Mot. to w/draw of Atty. Bowie for D, Schroeder. |
| | 10. | Affidavit of W. Russell Bowie. |
| | 11. | Appearance of P. Shawn McCann as counsel for D, Weiss. |
| | 12. | D, Weiss' Mot. to Consolidate & Mot. for Ext. of time. |
| | 13. | Order (CAB) that W. Bowie allowed to w/draw as counsel for Schroeder. Copies mailed to counsel. |
| Aug 6 | 14. | W/draw of W. Russell Bowie as counsel for D, Schroeder. |
| | 15. | P's Mot. for Leave to Amend Complaint w/attached Amended Complaint. |
| | 16. | P's Resistance to D, Financial Planners Mot. to Dismiss. |
| | 17. | Ds, Mot. for Ext. of Time in which to plead. |
| Aug 12 | 18. | Order (CAB) that Ds, Rosenbau, Law Firm, etal have 20 days fr. receipt of Amended Complaint to answer. Copies mailed to counsel. |
| Aug 16 | 19. | Answer & Mot. to Dismiss P's 4th & 5th Cause of Actions by D, Cardell & Assoc., Inc |
| | 20. | Vol. Appear. of D, Kathleen Forney. |
| | 21. | Vol. Appear. of D, Craig Forney. |
| Aug 20 | 22 | D, Cardell's Cert. of Serv., re: Answer. |
| Aug 28 | 23. | P's Mot. for Ext. of Time to Resp. to D, Forney's Obj. to P's Mot. for Leave to Amend. |
| | 24. | P's Mot. for Ext. of Time to REsp. to Cardell & Associates' Mot. to Dismiss P's 4th & 5th Causes of Action. |
| Aug 29 | 25. | Order (CAB) that D, Financial Planners Mot. (#4) to dismiss are denied as moot; Ps' Mot. (#15) to file amended complaint is granted instanter; Mot. to Consolidate (#8 are granted in part; cases consolidated for purposes of pldgs., disc. & mots.; Pl to be filed in all appropriate files; Mot. for ext. of time (#8,12) are denied as Copies mailed to counsel. |
| | 26. | Amended Complaint. |
| Sep 4 | 27. | P's Resistance to Mot. to Dismiss by D, Cardell & Associates, Inc. |
| Sep 13 | 28. | Order (CAB) that P's Mot. (#23 & 24) are denied. Copy mailed to counsel. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO 85-0-493 |
|---|---|---|
| Helget | Rosenbaum, etal. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Sep 19 | 29. | D, Cardell's Amended Ans. & Mot. to Dismiss 4th & 5th Caues of Action of Amended Complaint. |
|  | 30. | D, Cardell's Mot. to Dismiss 4th & 5th Causes of Action of Amended Complaint. |
| Sep 27 | 31. | P's Resistance to Mot. to Dismiss 4th & 5th Causes of Action of Amended Complaint by Cardell & Associates, Inc. |
| Oct 10 | 32. | P's Amended Complaint. |
| Nov 18 | 33. | Dfs Craig Forney & Kathleen Forneys' Motion To Dismiss For Failure to Plead With Particularity. |
| Dec 2 | 34. | P's Resistance to Mot. to Dismiss for Failure to Plead w/particularity by Craig Forney & Kathleen Forney. |
| Dec 13 | 35. | Motion of Dfs Rosenbaum, Wise, Lerman, Katz & Weiss Law Firm, Arthur R. Rosenbaum Aaron N. Wise, Marvin S. Lerman, Elliot L. Katz, Jeffrey S. Lewis, Allan A. Masur and Stephen A. Weiss to Dismiss Complaint and Amended Complaints. |
|  | 36. | Request For Oral Argument by Dfs Rosenbaum, Wise, Lerman, Katz & Weiss Law Firm, et al. on their Motion to Dismiss. |
|  | 37. | Filing of Documentary Evidence in Support of Motion to Dismiss of Dfs Rosenbaum, Wise, Lerman, Katz & Weiss Law Firm, et al. |
|  | 38. | Dfs Rosenbaum, Wise, Lerman, Katz & Weiss Law Firm, et al's Motion to Consolidate and Motion For Extension of Time. |
| Dec 16 | 39. | Motion of the State of Nebraska Department of Banking and Finance Bureau of Securities For Leave to File Brief as an Amicus Curiae. |
| 1986 Jan 16 | 40. | Order (CAB) that Mot. to cons. cases is granted in part only for the purposes of pldgs., disc., & mots.; Mot. of certain D's for ext. of time to ans. is granted; Mot. of State of NE. Dept. of Banking for leave to file brief is granted. Copy mailed to counsel. |
| Feb 5 | 41. | Ps' Resistance to Mot. to Dismiss by lawyer Ds. |
|  | 42. | Ps' Req. for Oral Arg. |
|  | 43. | Ps' Filing of evidence in support of Resistance Mot. |
| Feb 12 | 44. | Dfs Rosenbaum, Wise Law Firm, et al's Motion For Leave to File A Reply Memorandum in support of its motion to dismiss. |
| Mar 3 | 45. | Order (CAB) that D's Mot. for Leave to submit Reply Brief is granted until 3-3-86 Copy mailed to counsel. |
|  | 46. | Certain D's Amended Mot. for Leave to File a Reply Memo. |
| Mar 6 | 47. | P's Cert. of Serv. re: Req. to Prod. |
| Mar 24 | 48. | P's Mot. for leave to file reply memorandum brief. |
|  | 49. | P's Filing of doc. evid. in support of resist. of Mot. to dismiss by Ds w/attach. |
| Jun 17 | 50. | Ps' Mot. for leave to file Suppl. Memorandum Brief. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Eugene Helget | Rosenbaum, Wise | DOCKET NO. 85-0-493 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1986** | | |
| Jun 18 | 51. | Order (CAB) that P's Mot. for leave to submit suppl. memo brief is granted; D's have 7 days to submit resp. brief. Copy mailed to counsel. |
| Jul 10 | 52. | Appear. of Christian R. Blunk as counsel for P. |
| Aug 13 | 53. | Ds' Mot. for leave to file suppl. surreply memorandum. |
| Aug 19 | 54. | Ps' Resistance to Ds, Rosenbaum's Mot. for leave to file suppl. surreply memo. |
| Aug 29 | 55. | Order (CAB) that Ds mot. (filing 53) is sustained & leave to serve supplemental memorandum is granted; that Ps' resistance (filing 54) is overruled. |
| | 56. | Order (CAB) - IT IS ORDERED: 1. Mot. of D Cardell & Assoc. to dismiss Ps' 4th & 5th causes of action in amended complaint denied; 2. Mots. of Ds Craig & Kathleen Forney to dismiss amended complaint are denied; etc. Copies of both Orders mailed. |
| Sep 8 | 57. | Certain D's Ans. to Amended Complaint. |
| Sep 17 | 58. | Scheduling Order (CAB) set for 9-25-86 @ 9:30. Copy mailed to counsel. |
| Sep 26 | 59. | Order (CAB) that prog. order shall be entered & sep. order on RICO claims. |
| | 60. | Order (CAB) that Ps to file w/in 20 days, a RICO case statement, etc. Copies mailed to counsel. |
| Sep 29 | 61. | Progression Order (CAB) - Trial set at 9/87 J session; PTC-DLP, 8/19/87 @ 11:00 A.M.; Settle.-RCP, 6/3/87 @ 11:00 A.M.; Disc. 7/24/87; Mots. 4/24/87; Status 3/27/87; w./ltr. Copies mailed. |
| Oct 16 | 62. | Ps' Mot. for Ext. of Time to respond to the RICO Case Statement. |
| Oct 24 | 63. | Ps' RICO Case Statement. |
| Oct 27 | 64. | Ps' Addendum to RICO Case Statement. |
| Oct 28 | 65. | Order (CAB) that Ps' mot. for ext. of time granted. Ps shall file their RICO case statement w/in 10 days of date of this order. Copies mailed. |
| Dec 8 | 66. | D's Not. of Serv. Consolidated req. for prod. & interrog. |
| **1987** | | |
| Mar 11 | 67. | Ps' Mot. for order compelling discovery w/attach. |
| Mar 18 | . . | RMD PC re: status. Copies mailed to counsel. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV85-0-493 |
|---|---|---|
| HELGET, et al. | ROSENBAUM, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| Mar 27 | 68. | Ps' Cert. of Serv. re: Req. for Prod. of Doc. |
| | 69. | Ps' Status Rpt. |
| | 70. | Jt. Stip. for Dismissal as to Financial Planners Equity. |
| Mar 30 | 71. | Status Rpt. of D, Financial Planners. |
| | 72. | Certain D's Status Rpt. |
| Apr 1 | 73. | D, Cardell & Assoc.'s Status Rpt. |
| Apr 3 | 74. | Order (CAB) that P's Mot to Compel is granted, etc. Copies mailed to counsel. |
| Apr 10 | 75. | Order (CAB) that D, Financial Planners is dismissed as a party, def. Copies mailed to counsel. |
| Apr 15 | 76. | Ds, Forney & Financial Plann. Status Report. |
| Apr 24 | 77. | Ps' Not to take depos re: Stephen A. Weiss. |
| | 78. | Ps' Not to Take depos re: Arthur A. Rosenbaum. |
| | 79. | Ps' Not to Take Depos re: Jeffrey S. Lewis. |
| | 80. | Ps' Not to Take depos re: Marvin Lerman. |
| Apr 27 | 81. | Mot. of Atty. Pickholz to w/draw as counsel for Ds, Rosenbaum, etal. |
| | 82. | Ds, Rosenbaum, etal's Not. to take depos. of certain indiv. |
| Apr 28 | 83. | Ds' Not. of serv. Interrog. |
| | 84. | Ds' Not. of serv. Req. for Prod. of Doc. |
| Apr 30 | 85 | Ps' Mot. & Stip. for Order rescheduling Prog. |
| May 8 | 86 | P's Not. to Take Depos. re: Stanley Pearson. |
| May 14 | 87. | D, Masur's Mot. for SJ. |
| | 88. | D, Masur's filing of doc. evid. in support for Mot. for SJ. |
| May 15 | 89. | Amended Prog. Order (CAB) J: Trial 1-88; PTC 12-2-87 @ 9:00; Disc. 11-27-87; Mots. 8-28-87; Status 7-31-87. Copy mailed to counsel & JBJ |
| May 20 | 90 | Order (CAB) that Mot. (#81) is granted. Copy mailed to counsel. |
| May 27 | 91. | Not. of W/drawal of Marvin Pickholz as counsel for Ds, Rosenbaum's etal |
| Jun 12 | 92. | Order (CAB) that Maser's Mot. for SJ granted; D, Maser dismissed. Copies mailed. |
| June 18 | 93. | Ds' Cert of Serv re: Rsp & Obj to Req for Prod of Docs. |
| June 23 | 94. | Ds' Not to take depos re: certain individuals. |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| EUGENE HELGET | ROSENBAUM, ET AL | DOCKET NO. 85-0-493 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| Jun 30 | 95 | Ps' Mot. to Compel Ans. to Questions propounded upon oral exam. |
| | 96. | Ps' Not. to Take Depos. re: certain individuals |
| | 97. | Ps' Cert. of Serv. re: Req. for Prod. of Doc. |
| | 98. | Ps' Not. of serv. Interrog. |
| | 99. | Ds' Mot. for Order correcting clerical mistakes, etc. |
| Jul 6 | 100. | Order (CAB) that #99 granted; D, Maser references amended to Masur. Copies mailed. |
| July 21 | 101 | Cert Defs' Status Report. |
| July 23 | 102 | Order (CAB) cert mots transferred to Mag.; briefs to be submitted to Mag. Copies mailed to counsel. |
| Jul 29 | 103. | Atty-Ds, Rosenbaum, etal's doc. evid. re: Ps' Mot. to compel Ans. to questions on oral exam w/attach. |
| Aug 3 | 104. | Ps' Status Rpt. |
| Aug 18 | 105. | Memo. & Order (RGK) that #95 is granted. Copy mailed to counsel. |
| Sep 10 | 106. | Ps' Not. of serv. Ans. to Interrog. |
| | 107. | Ps' Not. of serv. Req. for Prod. of Doc. |
| Sep 28 | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Greg Stein. (Orig 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Frank McKenize, Jr. (Orig. 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Ralph Wolverton (orig 85-0-492) |
| | | Cert. of Rpt. re: Depos. of R.B. Loomis. (Orig. 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Mary Jane Wiederspan. Orig 85-0-492. |
| | | Cert. of Rpt. re: Depos. of Ronald Rodney. Orig. 85-0-492. |
| | | Cert. of Rpt. re: Depos. Mr. & Mrs. Joseph Beister. Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depop. of Kenneth Lang & LarhaeLang Orig. 85-0-492. |
| | | Cert. of Rpt. re: Depos. of Mr.& Mrs. Ronald Galusha. Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depos. of Beverly Andig. Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Lloyd Johson Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Emil J. Radik, Jr. |
| Nov 3 | | Cert. of rptr., re: Depos. of Diann & Melvin Young. |
| | | Cert. of rptr., re: Depos. of Mr/Mrs. Glen Dirscoll. |
| | | Cert. of rptr., re: Depos. of Soren Sorensen. |
| | | Cert. of Rptr., re: Depos. of Donald & Vivian Thomas. |
| | | Cert. of rptr., re: Depos. of Robert E. McCardle. |
| | | Cert. of rptr., re: Depos. of William & Charlene Galusha. |
| | | Cert. of rptr., re: Depos. of David L. Mahoney. |
| | | (ORIGINALS IN CV 85-0492) |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| HELGET, et al. | ROSENBAUM, et al. | CV85-0-493 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Nov 19 | | Cert. of Rpt re: Depos. of Dr. & Mrs. Robert E. Bodmer (Orig in CV 85-0-492)). |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Robert W. Brinkman (Orig. in CV 85-0-492). |
| | | Cert. of Rpt. re: Depos. of Emil J. Radik, Jr. (Orig. in CV 85-0-49 |
| | | Cert. of Rpt. re: Depos. of Russell Nash & Salla Nash (Orig. in CV 85-0-492). |
| | | Cert. of Rpt. re: Depos. of Robert E. & Eidth W. Malone (Orig. in CV 85-0-492). |
| Dec 2 | 108 | Ps. Mot. & Stip. for Order resch. prog. |
| Dec 8 | 109 | Order (LES) that case reassigned from CAB to Richard H. Battey. Copies mailed. |
| | 110. | Prog. Order (LES) J: Trial 4-88; PTC 4-4-88 @ 1:30, etc. Copy mailed |
| 1988 | | |
| Jan 8 | | Cert of rept of certain depos (2) filed in CV85-0-492. |
| April 4 | 111. | Order (RGK) that parties shall immediately file a Joint Motion re: status report, etc. Copies mailed. |
| April 12 | 112. | Jt. Mot for ext of time re PTC & trial. |
| April 21 | 113. | Memo & Order (RGK) that all counsel to appear b/4 Mag 4/28/88 at 1:30 p.m., etc. Copies mailed. |
| April 28 | 114 | D, Cardell & Assoc. suggestion in bankruptcy. |
| April 29 | 115 | (entered 4/28/88) Crtrm Min (RGK) PTC. |
| May 10 | 116. | Prog. Order (RGK) Status 6/15/88; Discovery 2/15/89; PTC before RGK 3/15/89; Trial 4/1/89. Copies mailed. |
| May 23 | 117. | O (RHB) that matter is stayed as to D, Cardell & Associates, Inc. only. Copies mailed. |
| Jul 18 | 118. | P's mot for lv to amd complaint w/attach amd complaint. |
| July 27 | 119 | Ds, Rosenbaum, not to take depos re certain individuals. |
| August 5 | 120 | Ps status report. |
| Aug. 15 | 121. | Memo and Order (RGK) that motions to file amended complaint are granted; P shall file amended complaint within five working days; etc. Copy to Counsel. Copy to Judge Battey. |
| Aug. 17 | | Ps' Notice of Serving Declaration of Expert Witnesses. (Original in CV 85-0-492.) |
| Aug. 19 | 122. | P'as Amd Complaint. |
| Sept. 9 | | Reporter's Cert. of Depos. of George F. & Laura J. Koontz. (Original in CV 85-0-492) |
| Sept. 9 | 123. | Ps' Status Report. |

Continued

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-493 |
|---|---|---|
| HELGET et al | ROSENBAUM et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 5 | | Reporter's Cert. of Depos. of John T. Grimes.<br>Reporter's Cert. of Depos. of Gordon & Alymra Schwartz.<br>    (Original in CV 85-0-492) |
| 10/21/88 | 124. | STATUS REPORT of Ps. |
| 11/15/88 | | REPORTER'S CERT. of Depos. of Robert M. and Sally I. Juon; Arthur and Patricia Pearrow; Mr. and Mrs. Jensen and Don and Marilyn Ebert. Original in CV 85-0-492. |
| 11/29/88 | 125. | NOTICE of serv interr & req for prod to newly added Ps by Ds 1, 2, 3, 4, 5, 6 and 8. |
| 12/8/88 | | STATUS REPORT of Ps. (Original in CV 85-0-492) |
| 12/13/88 | | REPORTER'S CERT. of Depos. of Mr. & Mrs. Dan Simpson.<br>REPORTER'S CERT. of Depos. of Larry & Suzann DeBaca.<br>REPORTER'S CERT. of Depos. of Ben David and Priscilla Lee.<br>    (Original pleadings in CV 85-0-492) |
| 1/4/89 | 126. | ANSWER to Amd Complaint & 2nd Amd Complaint by dfts Rosenbaum, et al. |
| 1/17/89 | 127. | MOTION to compel disc and motion for sanctions for Ps' failure to make or cooperate in discovery by Ds, Rosenbaum, et al. |
| | 128. | MOTION for Summary Judgment by Ds, Rosenbaum et al. |
| | 129. | MOTION for additional time to submit brief in support of motion for SJ, etc. by Ds, Rosenbaum et al. |
| | 130. | MEMO & ORDER (RGK) that WGC to assume trial resp. for Neb. cases and Judge Battey to assume trial resp. for So. Dakota cases; CV 85-0-492 tried 1st; CV 85-0-492 trial 1989 jury term; PTC 3/15/89 at 9:00 a.m. before RGK; previous prog. order #85 remain same; no bifurcation is ordered. CCAP Copy to RHB. |
| | 131. | MOTION to Compel by Ps. |
| 1/30/89 | 132. | NOTICE to take depo of Brad Schroeder by Ds. |
| | 133. | NOTICE to take depo of Frank Gaines by Ds. |
| | 134. | NOTICE to take depo of Alan Gewecke by Ds. |
| | 135. | NOTICE to take depo of Raymond Basili by Ds. |
| 02/01/89 | 136. | MOTION & STIP for ext of brf time & doc evidence submitted to 2/15/89 by Ps & Ds- Rosenbaum et al. |
| 02/01/89 | 137. | ORDER (RGK) grtg extension of time to 2/15/89 to submit brfs in sup of Mot for SJ; brfs in sup of Mot to Compel Disc & doc evidence in sup of the Mots. CCAP. |
| 2/16/89 | 138. | MOTION to w/draw as cnsl for Ps Mr. & Mrs. Larry Prelle by James Bachman & Christian Blunk. Copy to RHB. |
| 2/17/89 | 139. | MOTION & stipul for ext of brfg time & docum evid submttl by the parties. |
| | 140. | ORDER (RGK) that James Bachman & Christian Blunk allwd to w/draw as cnsl for Mr. & Mrs. Larry Prelle, Ps. CCAP. |
| | 141. | ORDER (RGK) that time ext to 3/6/89 to subm brfs in supp of mot for SJ, brfs in supp of mot to compl disc & docum evid in supp of mots. CCAP. |
| | 142. | ORDER (RGK) that mot to compl in aforement cases den. CCAP. |
| 02/21/89 | | NOTICE to take depos of Arthur R. Rosenbaum, Elliott Katz, Aaron N. Wise Marvin Lerman and Stephen Weiss by Ps Docketed in 85-0-492 #193. |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. CV 85-0-493 |
|---|---|---|
| HELGET, et al. | ROSENBAUM, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02/22/89 | 143. | MOTION for Ord to compel attendance/Sanctions by Ps. |
| 02/24/89 | 144. | MOTION for Prot. Order/Resch. Prog./Compel by Ds, Rosenbaum, et al. |
| 02/27/89 | 145. | MINUTES b/4 rGK - Hrg., re: Mot. to Compel & Prot. Ord - Hrg set 3/7/89; 1:30-Disc. Cf; PtC 3/24/89, 2:30. |
| | 146. | LIST of exhibits. |
| | 147. | MOTION to w/draw by Atty Rebensdorf of Forney's. |
| 03/01/89 | 148. | NOTICE to take depos. of numerous indiv. by Ps. |
| | 149. | NOTICE of serv Notice to take depos. by Ps. Copies of filings #143, 144, 145, 147, 148 & 149 to Judge Battey. |
| 03/02/89 | 150. | MEMO & ORDER (RGK) that Mots to Compel/Sanctions grtd. in part/denied in part; No Sanc. grtd; Mot for Prot. Ord. denied; Mot. for amend. Prog Ord-held in abeyance; Setting depos. sched; PTC 3/24/89, 2:30, etc. CCAP. Copy to Battey |
| 3/3/89 | 151. | REASSIGNMENT ORDER (LES) that cases present assign to Judge Battey reassign to WGC. CCAP. Reassignd on J.S. & PC. |
| | 152. | MOTION to compl Ds Rosenbaum, et al. to prod at Ds' depos by Ps Mr. & Mrs. Roger L. Kelly, et al. |
| 3/6/89 | 153. | NOT to take depo of C. Forney by D's |
| 3/7/89 | 154. | MINUTES b/4 RGK - Hrg on Disc Cf & P's mot to compel denied w/out prej; brf sched set w/ attach (orig in 85-0-492) |
| 3/9/89 | 155. | MOT for relief from memo & order of 2/27/89 by Rosenbaum Ds |
| | 156. | MEMO & ORDER (RGK) that mot of Ps to compel testimony of lawyer/Ds re: financi status denied CCAP |
| 3/10/89 | 157. | MINUTES (RGK) hrg on D's mot for relief fr 2/27/89 order. |
| | 158. | LIST of exhibits. (orig in 492) |
| | 159. | MEMO & ORDER (RGK) that mot for relief fr 2/27/89 ord is den w/o prej. CCAP. |
| 03/17/89 | 160. | MOTION to strike Design of Exp Witnesses by Rosenbau, et al. by Ps. |
| | 161. | NOTICE of serving Obj to Inspect or Copying of Designated Docs by George T. Quall |
| 03/27/89 | 162. | MEMO & ORDER (RGK) that disc deadline for Kelly case is 6/2/89; final PTC 6/12/89, 1:30; depos. of Qualley, Wiedeman & Wies by 4/10/89; depos. of Nielson by 4/14/89; Req doc in Kelly case by 4/28/89; lawyer/Ds depos. during 4/17/89 wk w/hrs. set; Ps suppl exp. desig. by 5/8/89; Ds supp. 5/24/89; Ps rebuttal by 5/29/89; depos. of Ps' experts by 5/15/89; Ds experts 5/29/89; wk of 5/22/89 disc. re: SD Brown case; Ps' Mot to strike experts-denied; req. for sanctions-reserved; these cases stayed as to Ds Cardell & Assoc; K. Forney; C. Forney & R. Basili. CCAP. |
| 4/5/89 | 163. | WITHDRAWAL of Attys Bachman & Blunk as cnsl for Mr. & Mrs. Larry Prelle. |
| 4/10/89 | | CRT REPRTS Crt of Depo of Frank H. Gaines for D. (orig. filed in 85-0-492) CRT REPRTS Cert of Depo of Dr. Franklin and Debbie Jo Dobson for Ds (orig filed in 85-0-492) |
| 4/11/89 | | REPORTER'S CERT. of depo of Raymond Basili. (Orig filed in 85-0-492) REPORTER'S CERT. of depo of George Qualley. (Orig filed in 85-0-492) REPORTER'S CERT. of depo of John Nielsen. (Orig filed in 85-0-492) REPORTER'S CERT. of depo of Alan Gewecke Vol. II. (Orig filed in 85-0-492) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV85-O-493 |
|---|---|---|
| HELGET, et al. | ROSENBAUM, et al. | PAGE___OF___PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/18/89 | | REPORTER'S CERT re: depo of Alan Gewecke. (Orig filed in 85-O-492) |
| 4/20/89 | | REPORTER'S CERT. of depos of Marvin Lerman. (Orig filed in 85-O-492) |
| 05/10/89 | | MOTION for relief from Prog Ord by Ps. (Mr. Stamper to provide oral testimony at other designated time rather than week of 5/15/89) original filed in 85-O-492. |
| 5/11/89 | | NOTICE of serv resp & obj to Ps' 3rd req for prod of docs by Ds Rosenbaum, et al. (Orig filed in 85-O-492). |
| 5/12/89 | | MEMO & ORDER (RGK) that Ps' mot for relief fr Prog O grntd & den in part; Ps make experts avail for depo by 5/21/89; depo for exp in KC, Missouri may take plc there. CCAP. (Orig filed in 85-O-492). |
| 5/18/89 | | MOTION to compel disc w/attach by Ps Mr & Mrs Roger Kelly, et al. (Orig filed in 85-O-492). |
| 05/22/89 | 164. | MOTION to strike P's design of expt Witness, Mot to Compel Disc & Sanctions by Ds-Rosenbaum et al. |
| | 165 | AFFIDAVIT of P. Shawn McCann. |
| 05/23/89 | 166. | MINUTES (RGK) that P's mtn #228 denied & grtd in part as reflected on Ct record; O forthcoming on D's mtn #229. |
| | 167. | LIST OF EXHIBITS. |
| | 168. | REQUEST for prod of docs by Ds - Rosenbaum, et al. |
| | 169. | NOTICE of taking depo of Larry Hartman by Ds - Rosenbaum, et al. |
| | 170. | NOTICE of taking depo of Jack or Patti Herstein by Ds - Rosenbaum, et al. |
| | 171. | NOTICE of taking depo of Debra Bolinger by Ds - Rosenbaum, et al. |
| | 172. | NOTICE of taking depo of William Johnson by Ds - Rosenbaum, et al. |
| | 173. | NOTICE of taking depo of J. Harlan Stamper by Ds - Rosenbaum, et al. |
| 05/25/89 | | MOT to strike any design of expt witnesses by D-Rosenbaum, et al by Ps. ORDER (RGK) that filing #240 set for hrg on 5/26/89 at 3:00 p.m. CCAP NOTICE of serv Ds' designation of expt witnesses by D-Rosenbaum, et al. MOT, ORDER, NOTICE filed 5/25/89 originals in file # 85-O-492. |
| 5/26/89 | | NOTICE of serv Declar of exp witnesses by Ps (orig. in CV 85-O-492) NOTICE of serv Req for Prod of doc by Ps (orig in CV 85-O-492) MINUTES b/4 RGK - Hrg on Mot to strike exp witnesses by P submitted; (orig in CV 492) LIST of Exhibits (orig in CV 85-O-492) |
| 5/30/89 | | DEPOS of J. Harlan Stamper by Ds (original in file #85-O-492) MEMO and ORDER (RGK) re: P's mot to compel (#228) is grntd and denied in part; D's mot to strike P's desig of exprt witns, mot to cmpl disc & for sanctions (#229) is generally denied except that Ps counsel shall supply D's counsel w/copy of all docs pertaining to Mr. Stamper's opinion; Clrk to file Stamper depo; P's mot to strike D's desig of expt wtns (#240) is generally denied - 1 exprt stricken; 3 exprts may be called; P's have to 6/6/89 to srv rebuttal. CCAP (orig in 85-O-492) |
| 06/01/89 | | ORDER (RGK) that mtn of George O. Rebensdorf to w/draw as cnsl for Craig & Kathleen Forney is grtd, contingent upon compliance w/ Local Rules of Prac. CCAP. (Orig in 85-O-492) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| HELGET, et al. | ROSENBAUM, et al. | DOCKET NO. 85-0-493<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/02/89 | | MOTION to strike exp witn test of Mr. Barry Lake & Mr. Julian Kornfeld by Ps. (Orig in 85-0-492) |
| 6/5/89 | | REPORTER'S CERT. of depo of George Qualley. (Orig in 85-0-492).<br>REPORTER'S CERT. of Depo of Susan Gresser Rosmarin. (Orig in 85-0-492).<br><br>MOTION to reconsider O of 5/30/89 etc by Ds - Rosenbaum, et al. (Orig in 85-0-492)<br>MEMO & O (RGK) that #250 denied; #260 denied except that D not obligated to strike an exp & D may call 4 prev design exps; Ps to serv rebuttal exps stmnt by noon 6/9/89; D - Rosenbaum firm supply for depo in Omaha, NE. CCAP. (Orig in 85-0 |
| 06/08/89 | | CERT of depo of John Uhrich. (orig filed in 85-0-492)<br>CERT of depo of J. harlan Stamper. (orig filed in 85-0-492)<br>CERT of depo of Barry Lake. (orig filed in 85-0-492) |
| 6/13/89 | 174.<br>175. | MOTION for bifurcated T on the issue of statute of limitations by Ds-Rosenbaum et<br>MOTION to consolidate common issues of law or fact; and mot for separate T on the statute of limitations, reliance, damage and RICO issues by Ds-Rosenbaum et a |
| 6/13/89 | 176. | MOTION in Limine by Ps. |
| 6/16/89 | 177.<br>178.<br><br>179.<br>180. | MINUTES bef. RGK re settlement; settlement agreemt on rec; tape to be seald.<br>ORDER (RGK) & not of settlement that w/i 30 dys parties file jt stip for dism & prop O in NE & SD; w/o compliance cases may be dism w/o furth not; prev sched PTC or T canc upon settlement. CCAP.<br>APPEARANCE of Jerome J. Ortman for all Ps.<br>MOTION to disqualify cnsl for Ps by Ds Rosenbaum, Wise, et al. |
| 6/19/89 | | REPORTER'S cert of depo of Hubert Shields & Phyllis Shields. (Orig filed in 85-0-4<br>REPORTER'S cert of depo of Barry K. Lake. (Orig filed in 85-0-492)<br>REPORTER'S cert of depo of John Uhrich. (Orig filed in 85-0-492)<br>REPORTER'S cert of depo of Kenneth & Mercedes Stierwalt. (Orig filed in 85-0-492)<br>REPORTER'S cert of depo of Alton Power. (Orig filed in 85-0-492).<br>REPORTER'S cert of depo of James Dean. (Orig filed in 85-0-492).<br>REPORTER'S cert of depo of Julian P. Kornfeld. (Orig filed in 85-0-492).<br>REPORTER'S cert of depo of Aaron Wise. (Orig filed in 85-0-492). |
| 7/6/89 | | REPORTER'S CERT. of depo of George Qualley. (Orig filed in 85-0-492). |
| 7/24/89 | 181.<br>182. | PLAINTIFFS STIP for dismissal. (Rosenbaum Ds joined in).<br>ORDER (WGC) that Compl as amend of all Ps exc. Prelle dism w/prej, each party pay own costs, PTC set 8/10/89; 9:00 b/4 RGK. CCAP. |
| 08/10/89 | 183. | MEMO & ORDER & MAGIS' F & R (RGK) that Robert Becker enter his appear for Geschwenders; recomm to WGC that Mr & Mrs Larry Prelle (85-0-498); R. Hargus (85-0-785 & 87-0-64); & J. Hrbek (85-0-785 & 87-0-64) be dism w/o prej. CCAP. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO 85-0-493 |
|---|---|---|
| HELGET, Mr & Mrs Eugene et al | ROSENBAU, Wise et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/10/89 | 184. | ORDER (WGC) of dism re: complnt as amend of P-Prell as set forth in Helget 85-0-493 are dismd w/prej, each party to pay own costts, record waived; and cmplnt as amend of P-Hargus & P Hrbek in 85-0-785 and Burton et al in 87-0-64 dsmd w/prej, each party to pay own costs, record waived. CCAP |

SEE AUTOMATED DOCKET FOR
ADDITIONAL PLEADINGS, IF ANY

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| --- | --- | --- |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| | | |